IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

**COINBASE, INC.,**

    *Petitioner*,

v.

**ABIER ABDELNABY,**

    *Respondent*.

Civil Action No. 7:25-cv-00904-PMH

### [PROPOSED] JUDGMENT

**WHEREAS**, pursuant to 9 U.S.C. § 9, Petitioner Coinbase, Inc. ("Coinbase") filed a Petition to Confirm Arbitration Award and Request for Judgment (the "Petition") [ECF No. 1];

**WHEREAS**, the Court granted Coinbase's Petition in its Order dated April 17, 2025 ("Order") [ECF No. 13];

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order, judgment is hereby entered in favor of Petitioner Coinbase and against Respondent Abier Abdelnaby:

    (i)    Recognizing and confirming the Order on Rule 33 Motion for Early Disposition and Final Award in the Arbitration between Coinbase and Claimant, American Arbitration Association Case No. No. 01-23-0001-2094 ("Final Award") [ECF No. 1-1]; and

    (ii)    Entering judgment in favor of Petitioner Coinbase, Inc. and against Respondent Abier Abdelnaby.

**SO ORDERED.**

DATED: White Plains, New York
April 24, 2025

BY: _____
**PHILIP M. HALPERN**
**United States District Judge**